UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBRA MCCLAIN, | No. 2:18-cv-01599-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| AMERICAN CREDIT RESOLUTION, INC., a Georgia corporation, | |
| Defendant. | |

Plaintiff, proceeding *pro se*, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 13, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 25.)  Objections to the findings and recommendations have not been filed.

Although it appears from the file that Defendant's copy of the findings and recommendations was returned, the Defendant was properly served.  It is the Defendant's responsibility to keep the Court apprised of its current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2021, (ECF No. 25) are adopted in full;

2. Plaintiff's August 10, 2021 motion for default judgement, (ECF No. 23) is GRANTED in part and DENIED in part;

3. The Court enters judgment in favor of Plaintiff;

4. The Court GRANTS Plaintiff's request for statutory damages in the amount of $2,000 but DENIES Plaintiff's request for emotional distress damages in the amount of $25,000;

5. The Court GRANTS Plaintiff's request for attorneys' fees in the amount of $4,637.50 and costs in the amount of $605.00; and

6. This case is closed.

**DATED:  January 6, 2022**

Troy L. Nunley
United States District Judge